April 10, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

HENRY SIMPSON, Appellant

NO. 14-14-00032-CV            V.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on December 16, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Henry Simpson.

We further order this decision certified below for observance.